

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

CHRISTOPHER ADRIAN MILLER

        VS.                                CAUSE NUMBER PD-0038-14

THE STATE OF TEXAS

## ORDER

The above styled and numbered cause was before this Court in Cause No. 1264863D

from the 371st District Court of Tarrant County. On April 15, 2015, this Court issued an opinion

reversing the Court of Appeals.  Accordingly, the following exhibits are ordered returned to the

District Clerk of Tarrant County.

        1.  State's Exhibit # 2 (CD recording)
        2.  State's Exhibit # 7 (CD recording)
        3.  State's Exhibit # 38 (CD recording)

IT IS SO ORDERED THIS THE 29th DAY OF MAY, 2015

PER CURIAM

EN BANC

DO NOT PUBLISH